FILED

'07 MAY 17 PM 1:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSE MANUEL LOZANO-MEDEL,<br><br>                Defendant. | Criminal Case No. 06cr1619-BTM<br><br>ORDER RE: CJA VOUCHER |

This matter came before the court on the application of Al Smithson, Esq. for approval of his CJA voucher in the amount of $5,455.60 in fees, plus expenses in the amount of $133.00, for representing material witness, Nancy Garcia-Soto, in the above-captioned case. 18 U.S.C. § 3006A(d)(2) provides that the maximum fee for representation of a material witness is $1,500.00, per witness unless the court finds that the representation was extended or complex.

After reviewing the record and Mr. Smithson's letter dated May 5, 2007, the court finds that the representation was in an extended or complex case and that the amount requested is necessary to provide fair compensation. See 18 U.S.C. § 3006(A)(d)(3). Therefore the district court approves the voucher in the amount of $5,455.60 in fees, plus $133.00 in expenses, for a total of $5,588.60.

Approval of such payment by the Chief Judge of the Ninth Circuit, or one of her delegates, is also necessary.

**IT IS SO ORDERED.**

Dated: 5-16-07

HONORABLE BARRY TED MOSKOWITZ
United States District Judge

06cr1619